UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWIN ZAMBRANO MOYA, | ) |
| And | ) |
| SONIA MENDEZ, | ) |
| | ) **CASE No. 1: 14-cv-01341-TSC** |
| And | ) |
| LEONOR MOYA, | ) |
| And | ) |
| GRISELDA TORRES, | ) |
| On Behalf of Themselves and All Others Similarly Situated, | ) |
| Plaintiffs, | ) |
| v. | ) |
| GEORGIA AVENUE SUBWAY, INC., | ) |
| Defendant. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DEFENDANT'S LCvR 7.1 DISCLOSURE STATEMENT**

In accordance with LCvR, the defendant, Georgia Avenue Subway, Inc., by and through its attorneys, JORDAN COYNE LLP and Deborah Murrell Whelihan, files this Disclosure Statement and states as follows:

1. I, the undersigned counsel of record, for the defendant, certify that to the best of my knowledge and belief the defendant is a closely held District of Columbia corporation corporation with no parent companies, subsidiaries or affiliates that have any outstanding

securities in the hands of the public.

2. The defendant has no subsidiaries. Its only affiliate is Moyarulon, Inc., which is no longer in business.

3. The defendant is a franchisee of Subway Real Estate, LLC.

4. These representations are made in order that the judges of this Court may determine the need for recusal.

>Respectfully submitted,
>
>JORDAN COYNE, LLP
>
>By: */s/ Deborah Murrell Whelihan*
>Deborah Murrell Whelihan #412454
>10509 Judicial Drive
>Suite 200
>Fairfax, Virginia  22030
>Telephone:  (703) 246-0900
>Facsimile:   (703) 591-3673
>Email: d.whelihan@jocs-law.com
>
>Attorneys for Defendant Georgia
>Avenue Subway, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant's LcvR 7.1 Disclosure Statement was sent by electronically, through ECF and Pacer, on this 11th day of September, 2014, to:

>Gregg C. Greenberg, Esquire
>Zipin, Amster & Greenberg, LLC
>836 Bonifant Street
>Silver Spring, Maryland 20910

       Matthew K. Handley, Esquire
       Washington Lawyers' Committee for Civil Rights
        & Urban Affairs
       11 Dupont Circle, NW
       Suite 400
       Washington, D.C.  20036

                                   ***/s/ Deborah Murrell Whelihan***
                                   Deborah Murrell Whelihan