UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERWIN ZAMBRANO MOYA, *et al*.,<br>On Behalf of Themselves and<br>All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>GEORGIA AVENUE SUBWAY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1: 14-cv-01341-TSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO APPROVE SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the plaintiffs, Erwin Zambrano Moya, Sonia Mendez, Leonor Moya, and Griselda Torres, and the defendant, Georgia Avenue Subway, Inc., by and through their respective and undersigned attorneys, respectfully request that this Honorable Court approve the monetary terms of the settlement of this litigation as *bona fide* compromises of the plaintiffs' disputed claims under the Fair Labor Standards Act and enter an appropriate Order of approval and dismissal. As grounds therefor, the plaintiffs and the defendant state as follows:

    1.    The parties seek judicial approval of the settlements of the multiple plaintiffs' Fair Labor Standards Act claims. The parties believe the settlements to be fair and reasonable and the product of *bona fide* disputes.

    2.    Because the defendant is paying the settlements in installments, the parties wish to defer a dismissal <u>with prejudice</u> until all of payments have been made and the terms of the settlement have been completed.

3. The four plaintiffs, Erwin Zambrano Moya, Sonia Mendez, Leonor Moya, and Griselda Torres, were all employed by the defendant, Georgia Avenue Subway, Inc., during various times. *See*, First Amended Collective Action Complaint at 3. They filed claims under the Fair Labor Standards Act ("FLSA"), the D.C. Minimum Wage Act Revision Act of 1992 ("DCMWA") and the D.C. Wage Payment and Wage Collection Act ("DCWPA"), alleging that they were not paid overtime and that they worked more than forty (40) hours because they were either paid by the use of fictitious names or by a different Subway business. Three of the four plaintiffs, Erwin Zambrano Moya, Leonor Moya, and Griselda Torres, also claimed that they were not paid the minimum wage to which they were entitled. The plaintiff, Sonia Mendez, had no claim because she was a managerial employee who was paid much more than the minimum wage for the hours that she worked. In this lawsuit, the plaintiffs sought to be paid at the overtime rate for the overtime hours that they allege that they worked in the past three years.

4. The defendant contended that the plaintiffs were not owed any wages and that the plaintiffs were in fact overpaid as a result of their fraudulent scheme to be paid under their names and under the names of persons who never worked for the defendant. The defendant was unaware that the plaintiffs were using names of other persons to falsely obtain more money from it to supplement their wages for the actual regular hours that they worked. The defendant also was unaware that any of the plaintiffs were working overtime hours based upon the schedule that existed which would have made any overtime unnecessary to further the defendant's business.

5. The parties reached a global settlement after several months of negotiation beginning at mediation ordered by this Honorable Court on December 10, 2014. The terms of the settlements are reflected in the settlement agreement signed by the parties, which is attached

hereto as Exhibit A.

6.      Because the plaintiffs and the defendant believe that the settlements are fair and reasonable and that the settlements fairly resolve a *bona fide* dispute, they jointly seek judicial approval of the settlements and an Order of Dismissal.

7.      As further justification for the parties' request for judicial approval of the settlement, this Honorable Court is referred to the accompanying Memorandum of Points and Authorities in support of this Motion.

WHEREFORE, the plaintiffs, Erwin Zambrano Moya, Sonia Mendez, Leonor Moya, and Griselda Torres, and the defendant, Georgia Avenue Subway, Inc., respectfully request that this Honorable Court assess the settlements and determine them to be fair compromises of bona fide disputes. The parties also request that this Honorable Court dismiss the action <u>without prejudice</u> in order to allow the defendant to finish making the installment payments for the settlement and then order the dismissal to be with prejudice once the settlement is completed.

Respectfully submitted,

| | |
|---|---|
| /s/ *Gregg C. Greenberg* | /s/ *Deborah Murrell Whelihan* |
| Gregg C. Greenberg #MD17291 | Deborah Murrell Whelihan #412454 |
| Zipin, Amster & Greenberg, LLC | Jordan Coyne LLP |
| 836 Bonifant Street | 10509 Judicial Drive, Suite |
| Silver Spring, Maryland 20910 | Fairfax, Virginia  22030 |
| Telephone: (301) 587-9373 | Telephone:  (703) 246-0900 |
| Facsimile: (301) 587-9397 | Facsimile:   (703) 591-3673 |
| Email: ggreenberg@zipinlaw.com | Email: d.whelihan@jocs-law.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Georgia Avenue Subway, Inc. |

 /s/ *Matthew K. Handley*
Matthew K. Handley
Washington Lawyers' Committee for Civil Rights
& Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C.  20036
Email: matthew_handley@washlaw.org
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Joint Motion To Approve Settlement, Accompanying Memorandum, Exhibit A and proposed Order were sent electronically, through ECF, as required by Fed.R.Civ.P. 5(a) on this 19th day of March, 2015, to:

      Gregg C. Greenberg, Esquire
      Zipin, Amster & Greenberg, LLC
      836 Bonifant Street
      Silver Spring, Maryland 20910
      Counsel for Plaintiffs

      Matthew K. Handley, Esquire
      Washington Lawyers' Committee for Civil Rights
       & Urban Affairs
      11 Dupont Circle, NW, Suite 400
      Washington, D.C.  20036
      Counsel for Plaintiffs

                     /s/ *Deborah Murrell Whelihan*
                    Deborah Murrell Whelihan