UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERWIN ZAMBRANO MOYA, *et al.*, )
On Behalf of Themselves and )
All Others Similarly Situated, )
                                                   )
      Plaintiffs, )   Case No.: 1: 14-cv-01341-TSC
v. )
                                                   )
GEORGIA AVENUE SUBWAY, INC., )
      Defendant. )

## ORDER APPROVING SETTLEMENT AND DEFERRED DISMISSAL

UPON CONSIDERATION of the Joint Motion To Approve Settlement and the entire record herein and this Honorable Court having found that the settlements fairly resolve *bona fide* disputes and having found that the parties, with the opinions of their respective counsel, have considered the complexity, expense, and probability of success and recovery, it is, this 7th day of April, 2015,

ORDERED, that the Joint Motion to Approve Settlement is GRANTED; and it is further,

ORDERED, this action shall be dismissed <u>without prejudice</u> until December 15, 2015; and it is further,

ORDERED, that if the settlements are completed by December 1, 2015 and if no motion or motions to re-open is filed by any of the parties by December 11, 2015, the dismissal shall on

December 15, 2015 thereafter be <u>with prejudice</u>.

~~TANYA S. CHUTKAN,~~
~~UNITED STATES DISTRICT JUDGE~~
**Deborah A. Robinson**
**United States Magistrate Judge**

Copies To:

Gregg C. Greenberg, Esquire
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
*Counsel for Plaintiffs*

Matthew K. Handley, Esquire
Washington Lawyers' Committee for Civil Rights
 & Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

Deborah Murrell Whelihan, Esquire
Jordan Coyne LLP
10509 Judicial Drive, Suite 200
Fairfax, VA 22030
*Counsel for Defendant*